THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TAIRINA BRIGGS, individually,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>SERVICE CORP INTERNATIONAL, a Texas corporation doing business in Washington State, doing business as SEATTLE CARE CENTER; and JOHN KEVIN VARNER aka KEVIN VARNER and "JANE DOE" VARNER,<br><br>　　　　　　　　　Defendant. | Case No.  2:22-cv-01646-JLR<br><br>　　　　　　　　　　　　JLR<br><br>[~~PROPOSED~~] ORDER GRANTING JOINT MOTION TO EXTEND DEADLINES<br><br><br>NOTE ON MOTION CALENDAR:<br>December 22, 2022 |

Based on the parties' Joint Motion to Extend Deadlines, it is hereby ORDERED that the joint motion is GRANTED.  The Court hereby SETS the following deadlines:

| | |
|---|---|
| **FRCP 26(f) Conference** | 01/20/2023 |
| **Initial Disclosures** | 02/03/2023 |
| **Combined Joint Status Report and Discovery Plan** | 02/17/2023 |

DATED this 22nd day of December, 2022.

 /s/ James L. Robart
Judge James L. Robart
U.S. District Court Judge

Presented by:

LAW OFFICE OF THADDEUS P. MARTIN

By *s/ Thaddeus P. Martin*
 Thaddeus P. Martin, WSBA No. 28175
 thad@thadlaw.com
 Attorneys for Plaintiff

LANE POWELL PC

By *s/ Priya B. Vivian*
 Priya B. Vivian, WSBA No. 51802
 vivianp@lanepowell.com
 Attorneys for Defendants