THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TAIRINA BRIGGS, individually,<br><br>Plaintiff,<br><br>v.<br><br>UNISERVICE CORPORATION, an Oregon corporation doing business in the state of Washington State; and JOHN KEVIN VARNER aka KEVIN VARNER and "JOHN DOE" VARNER,<br><br>Defendant. | Case No. 2:22-cv-01646-JLR<br><br>~~[PROPOSED]~~ ORDER OF DISMISSAL WITH PREJUDICE |

Based on the stipulation of the parties, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this action is hereby DISMISSED WITH PREJUDICE without the award of costs, expenses, or fees to any party.

IT IS SO ORDERED.

DATED this __3rd__ day of ___November___, 2023.

_____
Hon. James L. Robart
United States District Court Judge

~~[PROPOSED]~~ ORDER OF DISMISSAL WITH
PREJUDICE - 1
Case No. 2:22-cv-01646-JLR

Presented by:

LAW OFFICE OF THADDEUS P. MARTIN

By s/ *[signature]*
Thaddeus P. Martin, WSBA No. 28175
thad@thadlaw.com
Attorneys for Plaintiff

LANE POWELL PC


By s/ *Priya B. Vivian*
Priya B. Vivian, WSBA No. 51802
vivianp@lanepowell.com
Attorneys for Defendants

[PROPOSED] ORDER OF DISMISSAL WITH
PREJUDICE - 2
Case No. 2:22-cv-01646-JLR